*E-Filed 10/27/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOB TRAGNI, et al., | No. C 09-04988 RS |
|        Plaintiffs, <br> v. | **ORDER REFERRING CASE FOR DETERMINATION WHETHER CASES SHOULD BE RELATED** |
| SOUTHER ELECTRIC, INC., | |
|        Defendant. | |

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to Judge Jeremy Fogel, the presiding judge in *Tragni, et al. v. Souther Electric, Inc.*, C 09-00032 JF (RS), for a determination whether the two cases should be related. The parties shall file any response in opposition to or in support of relating the cases in accordance with Civil Local Rules 3-12(e) (governing oppositions and responses regarding motions to relate) and 7-11(b) (providing that oppositions to or support for motions for administrative relief may not exceed five pages and must be filed no later than the third day after the motion has been filed).

IT IS SO ORDERED.

Dated: 10/27/09

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE