\*\*E-Filed 10/28/2009\*\*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| BOB TRAGNI, et al., <br><br>        Plaintiff, <br><br>  v. <br><br>SOUTHER ELECTRIC, INC., <br><br>        Defendant. | Case No. C 09-32 JF (RS) |
| BOB TRAGNI, et al., <br><br>        Plaintiff, <br><br>  v. <br><br>SOUTHER ELECTRIC, INC., <br><br>       Defendant. | Case No. C 09-4988 RS <br><br> ORDER RELATING CASES |

The Court has determined that the above-entitled cases are related. Accordingly, the Clerk of the Court is directed to reassign Case No. C 09-4988 RS to the undersigned.

IT IS SO ORDERED.

DATED: 10/28/2009

_____
JEREMY FOGEL
United States District Judge

1  Copies of Order served on:

3  Sue Campbell    suecampbell@att.net, lawoffice@att.net, sue@campbelltrustlaw.com

2

Case No. C 09-32 JF (RS)  /  C 09-4988 RS
ORDER  RELATING CASES
(JFLC2)